Electronically Filed
 Supreme Court
 SCAP-XX-XXXXXXX
 25-APR-2019
 08:56 AM

 SCAP-XX-XXXXXXX

 IN THE SUPREME COURT OF THE STATE OF HAWAII

 TAX FOUNDATION OF HAWAII, a non-profit corporation,
 on behalf of itself and those similarly situated,
 Plaintiff-Appellant,

 vs.

 STATE OF HAWAII,
 Defendant-Appellee.

 APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
 (CAAP-XX-XXXXXXX; CIV. NO. 15-1-2020-10)

 ORDER
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

 Upon consideration of Plaintiff-Appellant’s motion for

reconsideration filed on April 15, 2019, and the record herein,

 IT IS HEREBY ORDERED that the motion is denied.

 DATED: Honolulu, Hawaii, April 25, 2019.

 /s/ Mark E. Recktenwald

 /s/ Paula A. Nakayama

 /s/ Sabrina S. McKenna

 /s/ Richard W. Pollack

 /s/ Michael D. Wilson